

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00047-CV

———————————————

IN RE GINA CAROL SHORKEY, Relator

———————————————

Original Proceeding
Probate Court No. 2 of Tarrant County, Texas
Trial Court No. 2023-PR02773-2

———————————————

Before Birdwell, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and request for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and request for emergency relief are denied.

Per Curiam

Delivered: February 4, 2025